

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | CASE NO. CV 06-07562 CJC (SS) |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. | ) | **UNITED STATES MAGISTRATE JUDGE** |
| MIKE KNOWLES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

///
///

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on counsel for Petitioner and counsel for
3 Respondent.

5     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

7 DATED: July 23, 2008

                                      CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE