FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　　Respondent. | CASE NO. CV 06-7562 CJC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 23, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE